# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

**IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**                                   MDL No. 2325

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −59)**

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 502 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 17, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

AUG 21 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By_____ Deputy

**IN RE: AMERICAN MEDICAL SYSTEMS, INC.,**
**PELVIC REPAIR SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                    MDL No. 2325

## SCHEDULE CTO−59 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA NORTHERN**

| | | | |
|------|------|---------|--------------|
| ALN | 1 | 12−02422 | Waldrop v. American Medical Systems, Inc. et al |

**CALIFORNIA NORTHERN**

| | | | |
|------|------|---------|--------------|
| CAN | 3 | 12−03571 | Laird v. American Medical Systems Inc |
| CAN | 3 | 12−03616 | Long v. American Medical Systems, Inc. |
| CAN | 3 | 12−03617 | Blair v. American Medical Systems, Inc. |
| CAN | 3 | 12−03619 | Maher v. American Medical Systems, Inc. |
| CAN | 3 | 12−03622 | Marshall v. American Medical Systems, Inc. |
| CAN | 4 | 12−03624 | Sloane v. American Medical Systems, Inc. et al |
| CAN | 4 | 12−03685 | Rhymer v. American Medical Systems, Inc. |

**DELAWARE**

| | | | |
|------|------|---------|--------------|
| DE | 1 | 12−00927 | Elizondo v. American Medical Systems Inc. |

**KANSAS**

| | | | |
|------|------|---------|--------------|
| KS | 2 | 12−02455 | Bliss−Goodman et al v. American Medical Systems, Inc. et al |

**KENTUCKY EASTERN**

| | | | |
|------|------|---------|--------------|
| KYE | 0 | 12−00066 | Parson et al v. American Medical Systems, Inc. et al |

**KENTUCKY WESTERN**

| | | | |
|------|------|---------|--------------|
| KYW | 1 | 12−00111 | Miller v. American Medical Systems, Inc. et al |
| KYW | 4 | 12−00081 | Pennington et al v. American Medical Systems, Inc. et al |
| KYW | 5 | 12−00095 | Karnes v. American Medical Systems, Inc. et al |
| KYW | 5 | 12−00096 | Persico et al v. American Medical Systems, Inc. et al |

**LOUISIANA WESTERN**

| | | | |
|---|---|---|---|
| LAW | 1 | 12−01883 | Bryant et al v. American Medical Systems Inc et al |
| LAW | 1 | 12−01894 | Ramian et al v. American Medical Systems, Inc. et al |
| LAW | 2 | 12−01885 | Hanks et al v. American Medical Systems, Inc. et al |
| LAW | 6 | 12−01888 | Hargrave v. American Medical Systems Inc et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 12−01755 | Conway v. American Medical Systems, Inc. |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 12−01027 | Biberston et al v. American Medical Systems, Inc. |

NEW YORK WESTERN

| | | | |
|---|---|---|---|
| NYW | 1 | 12−00742 | Reyes et al v. Endo Pharmaceuticals et al |
| NYW | 1 | 12−00747 | Russo v. Endo Health Solutions Inc. f/k/a Endo Pharmaceuticals Holdings Inc. et al |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 12−03893 | MARSHALL v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03894 | REILLY v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03895 | OTT v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03896 | SAVAGE v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03897 | TANNER v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03898 | JOHNSON v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03899 | WREN v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03900 | DAVIS v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03901 | DECUIR v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03902 | RICKARD v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03903 | JOHNSON v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03904 | HANDLEY v. ENDO PHARMACEUTICALS et al | |
| PAE | 2 | 12−03969 | GIBSON v. ENDO PHARMACEUTICALS et al | |
| ~~PAE~~ | ~~2~~ | ~~12−03978~~ | ~~SINGLETON v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03979~~ | ~~RUST v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/2012 |
| ~~PAE~~ | ~~2~~ | ~~12−03980~~ | ~~PERRY v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03981~~ | ~~MILES et al v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03982~~ | ~~MILLER et al v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03983~~ | ~~MITCHELL v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03984~~ | ~~STEVENSON v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03986~~ | ~~LYONS v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03987~~ | ~~HARDESTY v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03988~~ | ~~LATHAM v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03989~~ | ~~CASTLEBERRY v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/2012 |
| ~~PAE~~ | ~~2~~ | ~~12−03990~~ | ~~DIGGS v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03991~~ | ~~DONNER v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |
| ~~PAE~~ | ~~2~~ | ~~12−03992~~ | ~~BROWN v. ENDO PHARMACEUTICALS et al~~ | Opposed 08/17/201 |

| PAE | 2 | 12-04014 | LAWSON et al v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-04017 | DAVIS v. ENDO PHARMACEUTICALS et al |

TENNESSEE EASTERN

| TNE | 1 | 12-00223 | Ball et al v. American Medical Systems, Inc et al |
| TNE | 4 | 12-00049 | Hubbs et al v. American Medical Systems, Inc et al |